NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————

**THUNDER POWER NEW ENERGY VEHICLE
DEVELOPMENT COMPANY LIMITED,**
*Plaintiff-Appellant*

**v.**

**BYTON NORTH AMERICA CORPORATION,
NANJING BYTON NEW ENERGY VEHICLE
TECHNOLOGY DEVELOPMENT CO., LTD.,**
*Defendants-Appellees*

———————

2019-1208

———————

Appeal from the United States District Court for the Northern District of California in No. 3:18-cv-03115-JST, Judge Jon S. Tigar.

———————

## JUDGMENT

———————

KRISTOPHER L. REED, Kilpatrick Townsend & Stockton LLP, Denver, CO, argued for plaintiff-appellant. Also represented by DAVID E. SIPIORA; DARIO ALEXANDER MACHLEIDT, Seattle, WA.

JOHN FRANKLIN MORROW, JR., Womble Bond Dickinson

(US) LLP, Winston-Salem, NC, argued for defendants-appellees. Also represented by DAVID BOAZ, Raleigh, NC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 13, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court